**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 LMM PLAN (Individual Adjustment of Debts)**
☒ **2nd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Angel Oscar Caballero Curet**    JOINT DEBTOR: **Niuvys Rosales Reyes**    CASE NO.: _____
Last Four Digits of SS# **xxx-xx-6676**    Last Four Digits of SS# **xxx-xx-7889**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **72.23** for months **1** to **4** ;
  B. $ **124.82** for months **5** to **60** ;
  C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,750.00**    TOTAL PAID $ **3,490.00**
Balance Due $ **260.00** payable $ **65.00** /month (Months **1** to **4** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months _ to _)
Account No: _____    Regular Payment $ _____ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Chase<br>1 Chase Sq; Rochester, NY 14643<br>Account No: xxxxxxxx5945** | **6990 NW 177 Street, #J103 Hialeah, FL 33015 Value based on Miami-Dade Property Appraiser's Office.**<br>$ **94,490.00** | **0**% | $ **0.00** | **0** To **0** | **0.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**    Total Due $ _____
Payable $ _____ /month (Months _ to _ )    Regular Payment $ _____

Unsecured Creditors: Pay **$ 112.33**/month (Months **5** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Seterus Inc: Debtor will pay claim directly.**
**Shoma Villas I of Miami: Debtor will pay claim directly.**

**Assumed Contracts:**
**American Honda Finance Acct No: XXXX2031**

**The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| **/s/ Angel Oscar Caballero Curet** | **/s/ Niuvys Rosales Reyes** |
| **Angel Oscar Caballero Curet** | **Niuvys Rosales Reyes** |
| Debtor | Joint Debtor |
| Date:  **January 23, 2015** | Date:  **January 23, 2015** |